UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIS BOYD ANNIS, III,

          Plaintiff,

   v.

KELLI HALL et al.,

          Defendants.

Case No. C22-0426-RAJ

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge.

Dated this 7th day of April, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1